IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE SEARCH OF CERTAIN ELECTRONIC DEVICES, BAGS, DOCUMENTS AND PERSONAL EFFECTS OF FABIAN DAVID SPARROW. | Case No. 3:13mj326 <br><br> ORDER |

FILED
CHARLOTTE, NC
NOV 22 2013
US District Court
Western District of NC

Before the Court is the Government's Application for an Order requiring Apple, Inc. ("Apple") to assist law enforcement agents in the search of Apple iOS devices. Upon consideration of the Application, and for the reasons stated therein,

IT IS, HEREBY, ORDERED that Apple assist law enforcement agents in the examination of the following iOS devices ("iOS Devices"), acting in support of a Search Warrant issued separately in this case by this Court:

- One Apple iPad, Serial Number DLXH40ZJDJHG, FCC Number BCGA1397;

- One Fourth Generation Apple iPhone, FCC Number BCG-E2422A;

- One Fifth Generation Apple iPhone, Serial Number IMEI013633006740149, FCC Number BCG-E2599A; and

- One Fifth Generation Apple iPhone, Serial Number IMEI990002858202250, FCC Number BCG-E2599A.

IT IS FURTHER ORDERED that Apple shall provide reasonable technical assistance to enable law enforcement agents to obtain access to unencrypted data ("Data") on the iOS Devices.

IT IS FURTHER ORDERED that, to the extent that data on the iOS Devices is encrypted, Apple may provide a copy of the encrypted data to law enforcement, but Apple is not required to attempt to decrypt, or otherwise enable law enforcement's attempts to access any encrypted data;

IT IS FURTHER ORDERED that Apple's reasonable technical assistance may include, but is not limited to, bypassing the iOS Devices user's passcode so that the agents may search the iOS Devices, extracting data from the iOS Devices and copying the data onto an external hard drive or other storage medium that law enforcement agents may search, or otherwise circumventing the iOS Devices' security systems to allow law enforcement access to Data and to provide law enforcement with a copy of encrypted data stored on the IOS Devices;

IT IS FURTHER ORDERED that, although Apple shall make reasonable efforts to maintain the integrity of data on the iOS Devices, Apple shall not be required to maintain copies of any user data as a result of the assistance ordered herein; all evidence preservation shall remain the responsibility of law enforcement agents.

IT IS FURTHER ORDERED that the Government's Application for this Order and this Order shall remain under seal and, absent further order of this Court, shall not be disclosed except to law enforcement and Apple so as to enable Apple to comply with the Order.

Signed,

DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE

Date: 11/22/13