IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-MJ-326-DCK

IN THE MATTER OF AN APPLICATION )
OF THE UNITED STATES OF AMERICA )
FOR A WARRANT AUTHORIZING THE )
SEARCH OF CERTAIN ELECTRONIC )
DEVICES, BAGS, DOCUMENTS AND )      ORDER
PERSONAL EFFECTS OF FABIAN DAVID )
SPARROW, )
_____ )

**UPON MOTION** of the United States of America for an order directing that notification of the Search Warrant issued in this matter be delayed and for sealing of the Search Warrant Application and Affidavit and Motion to Seal and this Order to be continued and sealed until January 3, 2014. In granting the United States Attorney's motion, the Court finds pursuant to 18 U.S.C. § 2705(a)(4) that there is reason to believe that notification of the existence of the Search Warrant will result in the destruction of or tampering with evidence and otherwise seriously jeopardize a continuing investigation.

**IT IS HEREBY ORDERED** that notification of the Search Warrant may be extended until no later than January 3, 2014 and that the Search Warrant Application and Affidavit, the Motion to Seal and this Order also be sealed until January 3, 2014 unless otherwise ordered by this Court. The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

Signed: December 4, 2013

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.