IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-MJ-326-DCK

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION ) <br> OF THE UNITED STATES OF AMERICA ) <br> FOR A WARRANT AUTHORIZING THE ) <br> SEARCH OF CERTAIN ELECTRONIC ) <br> DEVICES, BAGS, DOCUMENTS AND ) <br> PERSONAL EFFECTS OF FABIAN DAVID ) <br> SPARROW, ) <br> _____ ) | **AMENDED ORDER** |

Before the Court is the Government's Motion for an Amended Order requiring Apple, Inc. ("Apple") to assist law enforcement agents in the search of Apple iOS devices. Upon consideration of the Motion, and for the reasons stated in the Motion and in the Government's original Application,

**IT IS HEREBY ORDERED** that Apple assist law enforcement agents in the examination of the following iOS devices ("iOS Devices"), acting in support of a Search Warrant issued separately in this case by this Court:

- One Apple iPad, Serial Number DLXH40ZJDJHG, FCC Number BCGA1397;

- One Fourth Generation Apple iPhone, Serial Number C8VFH6Y-RDDP7FCC, FCC Number BCG-E2422A;

- One Fifth Generation Apple iPhone, Serial Number IME1013633006740149, FCC Number BCG-E2599A; and

- One Fifth Generation Apple iPhone, Serial Number IMEI990002858202250, FCC Number BCG-E2599A.

IT IS FURTHER ORDERED that Apple shall provide reasonable technical assistance to enable law enforcement agents to obtain access to unencrypted data ("Data") on the iOS Devices.

IT IS FURTHER ORDERED that, to the extent that data on the iOS Devices is encrypted, Apple may provide a copy of the encrypted data to law enforcement, but Apple is not required to attempt to decrypt, or otherwise enable law enforcement's attempts to access any encrypted data.

IT IS FURTHER ORDERED that Apple's reasonable technical assistance may include, but is not limited to, bypassing the iOS Devices user's passcode so that the agents may search the iOS Devices, extracting data from the iOS Devices and copying the data onto an external hard drive or other storage medium that law enforcement agents may search, or otherwise circumventing the iOS Devices' security systems to allow law enforcement access to Data and to provide law enforcement with a copy of encrypted data stored on the iOS Devices.

IT IS FURTHER ORDERED that, although Apple shall make reasonable efforts to maintain the integrity of data on the iOS Devices, Apple shall not be required to maintain copies of any user data as a result of the assistance ordered herein; all evidence preservation shall remain the responsibility of law enforcement agents.

IT IS FURTHER ORDERED that Apple shall comply with this Amended Order on or before **January 8, 2014**.

IT IS FURTHER ORRDERED that the Government's Motion for this Amended Order and this Amended Order shall remain under seal and, absent further order of this Court, shall not be disclosed except to law enforcement and Apple so as to enable Apple to comply with the Amended Order.

Signed: December 16, 2013

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.