IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-MJ-326-DCK

IN THE MATTER OF AN APPLICATION )
OF THE UNITED STATES OF AMERICA )
FOR A WARRANT AUTHORIZING THE )
SEARCH OF CERTAIN ELECTRONIC )
DEVICES, BAGS, DOCUMENTS AND ) **ORDER**
PERSONAL EFFECTS OF FABIAN DAVID )
SPARROW, )
_____ )

**THIS MATTER IS BEFORE THE COURT** on the "United States' Motion To Unseal" (Document No. 9) filed January 28, 2014 seeking an order unsealing the Search Warrant, Application and related pleadings in this matter. Having carefully considered the motion, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "United States' Motion To Unseal" (Document No. 9) is **GRANTED**.

**IT IS FURTHER ORDERED** that the search warrant, application for search and related pleadings in this matter be unsealed.

**SO ORDERED**.

Signed: January 28, 2014

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.